

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| DESTINY FERGUSON, | § | No. 08-22-00070-CV |
| Appellant, | § | Appeal from the |
| v. | § | 51st District Court |
| DUSTIN LEE POLK, | § | of Tom Green County, Texas |
| Appellee. | § | (TC# A190425AG) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **February 2, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Shawntell McKillop, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 2, 2023.

IT IS SO ORDERED this 1st day of December, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.